# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

STEPHEN FREDERICK ALEXANDER,

    Plaintiff,

v.                                                    Case No: 8:17-cv-997-T-30TGW

BOB GUALTIERI, BERNE MCCABE,
JANET C. LONG and RICHARD LYNN
SCOTT,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #5). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #5) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Ruling on the Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. #2) is deferred.

3. The Complaint (Dkt. #1) is dismissed.

4. Plaintiff may file an Amended Complaint that complies with the Federal Rules of Civil Procedure within thirty (30) days of the date of this Order.

5. Should Plaintiff fail to file an Amended Complaint within the thirty (30) day period, this case will be closed without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of June, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record